# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIS OCANSEY,<br><br>        *Plaintiff*,<br>v.<br>LTD FINANCIAL SERVICES,<br><br>        *Defendant.* | Civil Action No. 17-4557<br><br>ORDER |

**THIS MATTER** having come before the Court by way of Magistrate Judge Leda D. Wettre's Report and Recommendation dated May 7, 2018, in which Judge Wettre recommended that Plaintiff's Complaint be stricken and this matter dismissed without prejudice, ECF No. 17;

and it appearing that neither Defendant nor Plaintiff in this matter have filed any objections to the Report and Recommendation;

and for the reasons set forth in Judge Wettre's Report and Recommendation;

**IT IS** on this 14th day of August, 2018;

**ORDERED** that Judge Wettre's Report and Recommendation dated May 7, 2018, is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Complaint is stricken and this matter is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that if Plaintiff does not re-file the Complaint within 30 days this matter will be closed.

                                                */s Madeline Cox Arleo*
                                                **HON. MADELINE COX ARLEO**
                                                UNITED STATES DISTRICT JUDGE